# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKNER BLANC, | Case No. 1:22-cv-01192-SAB-HC |
| Petitioner, | ORDER LIFTING STAY |
| v. | |
| B.M. TRATE, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 22, 2023, the Court granted the parties' request and stayed this proceeding pending resolution of Jones v. Hendrix, No. 21-857, by the United States Supreme Court. (ECF No. 12.) On June 22, 2023, the Supreme Court issued its decision. Jones v. Hendrix, No. 21-857 (U.S. June 22, 2023), https://www.supremecourt.gov/opinions/22pdf/21-857_4357.pdf.

///

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1.    The STAY in this matter is LIFTED;

2.    Within **THIRTY (30) days**, Petitioner may file a Supplement to the Petition; and

3.    The briefing schedule set forth in the Court's February 22, 2023 order (ECF No. 12) is still in effect.

IT IS SO ORDERED.

Dated:   **June 22, 2023**

UNITED STATES MAGISTRATE JUDGE